|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>THE LAW OFFICES OF MATTHEW D. DIBRINO<br>897 McBride Avenue<br>Woodland Park, New Jersey 07424<br>(973) 696-8391<br>Attorneys for Plaintiffs Richard DiBrino & Hillsboro Financial Associates |
| In Re:<br>Linda Clark,<br><br>       Debtor. |
| Richard DiBrino & Hillsboro Financial Associates.<br><br>       Plaintiffs.<br><br>   v.<br><br>Linda Clark ,<br><br>       Defendants. |

FILED
James J. Waldron
JAN 3 - 2017
U.S. Bankruptcy Court
Newark, New Jersey
BY _____ Deputy

Case No.: 11-29699-RG

Adv. No.: 11-02427-RG

**PRE TRIAL SCHEDULING ORDER**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED.**

1-3-17    USBJ    [signature]

A pretrial conference having being scheduled pursuant to *Fed.R.Civ.P 16(b) and (e)*, made applicable to these proceedings by *Fed. R. Bankr.P. 7016*, it is

ORDERED that

1. All Discovery is to be completed by January 31, 2016. Any motions to compel Discovery are to be made so that the court can rule and the discovery can be obtained before that date. Late filed discovery motions will not constitute cause for an adjournment of the scheduled trial date.

2. All other motions must be filed no later than 2/10/2017, and returnable no later than 3/2/2017.

3. Each party must pre-mark the exhibits which may be used at trial.

4. 14 days before trial, each party must:

    (a) Serve a copy of the pre-marked exhibits on each opposing party and provide one bound copy of the exhibits to the court in Chammbers (not to be docketed by the Clerk); and

    (b) File, and serve on each opposing party a list of witnesses.

5. All exhibits will admitted into evidence and witnesses be permitted to testify unless a written objection has been filed 7 days before the trial date. Only parties identified on the witness list will be permitted to give testimony.

6. Any party intending to introduce deposition testimony at trial must serve on each opposing party an file copies of the transcript pages with excerpts highlighted.

7. Within 14 days from the conclusion of trial, unless such time is extended by the Court, each party must file, and serve on each opposing party, separately numbered proposed findings of fact and conclusions of law with supporting citations.

8. The Trial will begin on 3/9/2017 at 10:00 A.M., or as soon as the matter may be heard, at:

UNITED STATES BANKRUPTCY COURT
MLK Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

_____
The Honorable Rosemary Gamberdalla

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. UNDER D.N.J. LBR 5071-1, PARTIES REQUESTING AN ADJOURNMENT MUST SUBMIT LOCAL FORM, ADJOURNEMENT REQUEST VIA CHAMBERS EMAIL, NO LATER THAN 3 DAYS BEFORE THE TRIAL DATE.**